UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE QUEZADA on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

AMERICAN CITY BUSINESS JOURNALS, INC.

Defendant.

Case No: 1:21-cv-01789-JPC

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Queens, New York
June 21, 2021

Mars Khaimov Law, PLLC

By: _____
Mars Khaimov, Esq.
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*

Davis Wright Tremaine LLP

By: _____
Mohammad B. Pathan, Esq.
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
mohammadpathan@dwt.com
*Attorneys for Defendant*

The Court construes this stipulation of dismissal as made under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which allows a plaintiff to dismiss an action without a court order. *See* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice).

Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: June 21, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge